UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.B., et al., | Case No.  14-cv-04676-YGR |
| Plaintiffs, | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| ALAMEDA COUNTY, et al., | |
| Defendants. | |

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, June 8, 2015 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE BEELER FOR SETTLEMENT CONFERENCE TO BE COMPLETED BY: | May 15, 2015 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | June 30, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: June 1, 2015<br>Rebuttal: June 12, 2015 |
| EXPERT DISCOVERY CUTOFF: | June 30, 2015 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | August 18, 2015[filed by 7/14/15] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, September 25, 2015 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | October 2, 2015 |
| PRETRIAL CONFERENCE: | Wednesday, October 14, 2015 at 9:30 a.m. |
| TRIAL DATE AND LENGTH: | Monday, November 2, 2015 at 8:30 a.m. for 2-3 weeks<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

1

2 Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet

3 and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance

4 hearing on Friday, September 25, 2015 at 9:01 a.m. is intended to confirm that counsel have

5 reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The

6 compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland,

7 California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the

8 parties shall file a one-page JOINT STATEMENT confirming they have complied with this

9 requirement or explaining their failure to comply.  If compliance is complete, the parties need not

10 appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be

11 allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may

12 result in sanctions.

13         The parties must comply with both the Court's Standing Order in Civil Cases and Standing

14 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All

15 Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

16         **IT IS SO ORDERED.**

17 Dated: January 29, 2015

18 _____
   YVONNE GONZALEZ ROGERS
19         United States District Court Judge

20

21 cc: MagRef Email; Magistrate Judge Beeler

22

23

24

25

26

27

28