**JOHN L. BURRIS, Esq. SBN 69888**
**BENJAMIN NISENBAUM, Esq. 222173**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.B., a Successor-in-Interest to Decedent ROBBIE SPRIGGS, by and through his Guardian Ad Litem, KIYERA BYRONE; BRENDA COOK, an individual, and JOHN SPRIGGS, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; ANTHONY ANIASCO, in his individual and official capacity as a Sergeant for the Alameda County Sheriff's Department, GLENN ARRIVAS, in his individual and official capacity as a Deputy for the Alameda County Sheriff's Department, and DOES 1-50,<br><br>Defendants. | Case No.: C-14-04676 LB<br><br>**NOTICE OF COMPLIANCE WITH ORDER TO SHOW CAUSE AND [PROPOSED] ORDER TO VACATE ORDER TO SHOW CAUSE HEARING**<br><br>**DATE:** November 19, 2015<br>**TIME:** 11:00 a.m.<br>**DEPT:** Courtroom C, 15th Floor<br>**JUDGE:** Hon. Laurel Beeler<br><br>Complaint Filed: October 21, 2014 |

### NOTICE OF COMPLIANCE WITH ORDER TO SHOW CAUSE

Minor Plaintiff K.B.'s Guardian Ad Litem in this action, KIYERA BYRONE, hereby notifies the Court and all parties that she has complied with the Court's November 10, 2015 Order to Show Cause (Doc. No. 41), by bringing Minor Plaintiff K.B. to C-DAT in Vallejo for DNA testing to confirm the paternity of Decedent ROBBIE SPRIGGS and submitting a DNA sample today, after having been served with the Order to Show Cause. Plaintiffs' counsel has verified the compliance and testing with C-DAT independently from Ms. BYRONE.

-1-

In light of the compliance, Ms. BYRONE and Plaintiffs' counsel respectfully request the Court discharge the Order to Show Cause and vacate the hearing on the Order to Show Cause currently set for November 19, 2015 at 11:00 a.m.

Respectfully submitted,

DATED: November 16, 2015                THE LAW OFFICES OF JOHN L. BURRIS

By: /s/ *Benjamin Nisenbaum, Esq.*
BENJAMIN NISENBAUM, ESQ.
Attorneys for Plaintiffs
K.B., a Successor-in-Interest to
Decedent ROBBIE SPRIGGS, by and
through his Guardian Ad Litem,
KIYERA BYRONE; BRENDA
COOK, an individual, and JOHN
SPRIGGS, an individual

-2-
NOTICE OF COMPLIANCE WITH ORDER TO SHOW CAUSE AND ORDER VACATING OSC HEARING
*K.B., et al. v. County of Alameda, et al.,* U.S. District Court, N. Dist. of California Case No.: C-14-04676 LB

**[~~PROPOSED~~] ORDER**

In light of KIYERA BYRONE's compliance with this Court's November 10, 2015 Order to Show Cause (Doc. No. 41), as confirmed and represented by Plaintiffs' counsel, the Court hereby discharges the Order to Show Cause and vacates the Order to Show Cause hearing set for November 19, 2015 at 11:00 a.m.

IT IS SO ORDERED.

Dated: November 17, 2015

_____
Hon. Laurel Beeler
UNITED STATES MAGISTRATE JUDGE

-3-
NOTICE OF COMPLIANCE WITH ORDER TO SHOW CAUSE AND ORDER VACATING OSC HEARING
*K.B., et al. v. County of Alameda, et al.,* U.S. District Court, N. Dist. of California Case No.: C-14-04676 LB