| | |
|---|---|
| 1 | GREGORY J. ROCKWELL, ESQ. (SBN 67305) |
| | grockwell@bjg.com |
| 2 | BOORNAZIAN, JENSEN & GARTHE |
| | A Professional Corporation/File #27409 |
| 3 | 555 12th Street, Suite 1800 |
| | Oakland, CA  94607 |
| 4 | Telephone: (510) 834-4350 |
| | Facsimile: (510) 839-1897 |
| 5 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| K.B., a Successor-in-Interest to Decedent ROBBIE SPRIGGS, by and through his Guardian Ad Litem, KIYERA BYRONE; BRENDA COOK, an individual, and JOHN SPRIGGS, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.:  C 14-04676 LB<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER DISMISSING ALL CLAIMS OF PLAINTIFF K.B. AND ALL CLAIMS AGAINST INDIVIDUALLY NAMED DEFENDANTS ANTHONY ANIASCO AND GLENN ARRIVAS** |
| Plaintiffs, | | |
| vs. | | |
| COUNTY OF ALAMEDA, et al., | | Complaint Filed:  August 21, 2014 |
| Defendants. | | |

The undersigned, attorneys for the parties herein, hereby stipulate and jointly apply to the Court for an order, pursuant to Federal Rule of Civil Procedure 41(a)(2), dismissing, with prejudice, all claims, against all defendants, of named plaintiff K.B., an alleged Successor-in-Interest to Decedent Robbie Spriggs, aka Robert Byron, on the ground that said named plaintiff did not have standing to assert any causes of action in this action, because he was proven not to be the son of said Decedent.  All parties shall bear their own costs and attorneys fees herein.

It is further stipulated, and the parties jointly apply to the Court for an order, pursuant to Federal Rule of Civil Procedure 41(a)(2), dismissing all claims of plaintiffs BRENDA COOK and JOHN SPRIGGS, with prejudice, as to defendants ANTHONY ANIASCO and GLENN ARRIVAS, with all parties to bear their own costs and attorneys' fees herein.

-1-

1  DATED:   April 7, 2016

2                                                                    BOORNAZIAN, JENSEN & GARTHE
                                                                     A Professional Corporation

4                                                       By:   /s/ *Gregory J. Rockwell, Esq.*
5                                                             GREGORY J. ROCKWELL, ESQ.
                                                              Attorneys for Defendants

7  DATED:  April 7, 2016
8                                                                    THE LAW OFFICES OF JOHN L. BURRIS

10                                                      By:   /s/ *Benjamin Nisenbaum, Esq.*
11                                                            BENJAMIN NISENBAUM, ESQ.
                                                              Attorneys for Plaintiffs

-2-

STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS OF PLAINTIFF K.B. AND ALL CLAIMS AGAINST INDIVIDUALLY NAMED DEFENDANTS
*Brenda Cook, et al. vs. County of Alameda, et al.*; USDC-Nor. Dist. of CA Case No. C 14-04676 LB

# [PROPOSED] ORDER

GOOD CAUSE appearing therefor, and the parties having so stipulated, the Court hereby DISMISSES, with prejudice, all claims, against all defendants, of named plaintiff K.B., an alleged Successor-in-Interest to Decedent Robbie Spriggs, aka Robert Byron, on the ground that said named plaintiff did not have standing to assert any causes of action in this action, because he was proven not to be the son of said Decedent. All parties shall bear their own cost and attorneys' fees herein.

The Court also dismisses, with prejudice, all claims of plaintiffs BRENDA COOK and JOHN SPRIGGS, with prejudice, as to defendants ANTHONY ANIASCO and GLENN ARRIVAS. All parties shall bear their own cost and attorneys' fees herein.

**IT IS SO ORDERED**

Dated: April 7, 2016

_____
HON. LAUREL BEELER
United States Magistrate Judge

27526\719454